Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, Ca. 92105
(619) 993-7811)

FILED
07 NOV 16 PM 2:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVETTE WILLIAMS<br>2985 Euclid Ave. #22<br>San Diego, Ca. 92105<br><br>Plaintiff, in Pro se.<br><br>-v-<br><br>MAIN OFFICE BIG LOTS<br>300 PHILLIPI RD.<br>COLUMBUS, OH. 43228-0512<br><br>and<br><br>SEDONA STAFFING<br>7380 CLAIREMONT MESA BLVD., STE 209<br>SAN DIEGO, CA. 92111<br><br>Defendant, et. al. | '07 CV 2191 JLS (BLM)<br>Case No.<br><br>JUDGE<br><br>COMPLAINT FOR RELIEF UNDER THE FREEDOM OF INFORMATION ACT 5 U.S. C. §552 |

Plaintiff alleges:

As of 07/07/07, Defendants have and are unlawfully withholding documents for which Defendants based their terminaton of Plaintiff's employment, in violation of the FREEDOM OF INFORMATION ACT., 5 U.S.C. § 552.

CR

And that Plaintiff is entitled to any and all documents whether paper and/or electronic improperly withheld by said Defendants.

COMPLAINT FOR INJUNCTIVE RELIEF

1. THIS IS AN ACTION UNDER THE FREEDOM OF INFORMATION ACT. 5 U.S.C. §552, FOR INJUNCTIVE RELIEF AND OTHER APPROPRIATE RELIEF AND SEEKING THE DISCLOSURE AND RELEASE OF AGENCY RECORDS, IMPROPERLY WITHHELD FROM PLAINTIFF BY DEFENDANT(S).

JURISDICTION AND VENUE

2. THIS COURT HAS BOTH SUBJECT MATTER JURISDICTION OVER THIS ACTION AND PERSONAL JURISDICTION OVER THE PARTIES PURSUANT TO 5 U.S.C. §552. THIS COURT ALSO HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C. §1331. VENUE LIES IN THIS DISTRICT UNDER 5 U.S.C. §552, FREEDOM OF INFORMATION ACT.

3. ON 07/07/07, PLAINTIFF MADE THREE REQUEST, VIA FAXES TO MAIN OFFICE OF BIG LOTS, IN COLUMBUS, OHIO, AT ADVISE OF STORE MANAGER MR. RAY FALGLENHAVEN OF THE SAN DIEGO STORE; FOR WHICH DEFENDANTS BASED THEIR TERMINATION OF PLAINTIFF'S EMPLOYMENT.

4. BOTH DEFENDANTS ARE BASED IN SAN DIEGO, CALIFORNIA WITH BIG LOTS MAIN OFFICE IN COLUMBUS, OHIO., AND DEFENDANTS HAVE NOT COMPLIED NOR EVEN ATTEMPTED TO ACKNOWLEDGE ANY REQUEST NOT WITHSTANDING THESE WRITTEN DEMANDS UNDER THE FREEDOM OF INFORMATION ACT, EVEN UNTIL TODATE.

## PLAINTIFF'S F.O.I.A. APPEALS

5. 07/07/07, (3) FAXES TO BIG LOTS MAIN OFFICE.
6. 07/09/07, TO HUMAN RESOURCE, OF BIG LOTS.
7. 07/13/07, TO MAIN OFFICE OF BIG LOTS AND SOLICITOR OF LABOR, U.S. DEPARTMENT OF LABOR, WASHINGTON, D.C.
8. 07/19/07, TO SEDONA STAFFING, OF SAN DIEGO, STATING THE CRITERION/STANDARD, ON WHICH PLAINTIFF'S VOICE WAS JUDGED UPON FOR HER EMPLOYMENT TERMINATION.
9. 07/27/07, RESPONSE FROM WASHINGTON, D.C. STATING F.O.I.A. APPEAL IS BEING PROCESSED. REF #070264.
10. 07/30/07, RESPONSE FROM WASHINGTON, D.C. STATING LIMITED JURISDICTION .
11. 08/09/07, FINAL APPEAL TO ATTORNEY GENERAL'S OFFICE OF CALIFORNIA DEPARTMENT OF JUSTICE, AGAINST BIG LOTS AND SEDONA STAFFING OF SAN DIEGO, CALIFORNIA.
12. 09/04/07, RESPONSE FROM ATTORNEY GENERAL EDMUND G. BROWN RECOMMENDED SEEKING AT ATTORNEY. (all above copies attached)

## RELIEF REQUESTED

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT:

A: ORDER DEFENDANT(S) TO DISCLOSE THE REQUESTED INFORMATION IN IT'S ENTIRETIES WITH COPIES OR RECORDS AVAILABLE TO THE PLAINTIFF.

B: PROVIDE FOR EXPEDITIOUS PROCEEDING IN THIS ACTION.

C: AWARD PLAINTIFF HER COSTS AND REASONABLE ATTORNEY FEES INCURRED IN THIS ACTION.

D: GRANT SUCH OTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

Michelle Yvette Williams

PLAINTIFF IN THIS ACTION
MICHELLE YVETTE WILLIAMS
2985 EUCLID AVE. #22
SAN DIEGO, CA. 92105
619 993-7811

08/09/07

TO: ATTORNEY GENERAL'S OFFICE
CALIFORNIA DEPARTMENT OF JUSTICE
ATT: PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA. 94244-2550

FROM: MS. MICHELLE Y. WILLIAMS
2985 EUCLID AVE #22
SAN DIEGO, CA. 92105

SUBJECT:

APPEAL FOR VIOLATION OF FREEDOM OF INFORMATION ACT 5 U.S.C. §552, REQUEST BY BIG LOTS AND SEDONA STAFFING, OF SAN DIEGO, CALIFORNIA.

DEAR ATTORNEY GENERAL EDMUND G. BROWN JR. :

YOUR OFFICE HAS JURISDICTION IN THIS MATTER PURSUANT TO :

( CALIFORNIA CONSTITUTION ARTICLE V §13 ).

THEREFORE, WE REQUEST YOUR ASSISTANCE IN RESOLVING THIS MATTER AS SAID (F.O.I.A.) REQUEST IS FOR AN ALLEGED CRITERION AS A BASIS FOR DISCRIMINATION. ( SEE ATTACHED COPIES OF F.O.I.A. REQUEST HISTORY ).

THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER.

Ms. Michelle Y. Williams

MS. MICHELLE Y. WILLIAMS

**U.S. Department of Labor**

Office of the Solicitor
Washington, D.C. 20210

JUL 30 2007

Ms. Michelle Y. Williams
2985 Euclid Ave., #22
San Diego, CA 92105

Re: FOIA Appeal No. 070264

Dear Ms. Williams:

This decision is in response to your letter dated July 13, 2007, appealing to this office a request made under Freedom of Information Act (FOIA) to the Main Office Big Lots of Columbus, Ohio.

The jurisdiction of this office is limited to appeals of requests made of components of the United States Department of Labor. See 29 C.F.R. 70.2, 29 C.F.R. 70.22. In your appeal letter, you indicate that you are appealing requests made of private parties. Thus, since we have no jurisdiction over your appeal, it is being dismissed. If you have made a request for documents from a component of the U.S. Department of Labor, and wish to appeal that determination, you are free to file another appeal with this office, pursuant to DOL regulations.

This appeal decision constitutes final agency action for purposes of judicial review. We do not consider this to be a denial of your request, but if you do, the Freedom of Information Act provides for judicial review of administrative decisions denying a request in whole or in part. 5 U.S.C. § 552(a)(4)(B). You have the option of seeking judicial review of this determination by filing suit against the Department of Labor. A complainant may bring suit in the district court of the United States in the jurisdiction in which the complainant resides or has his or her principal place of business, or in which the agency records are maintained, or in the District of Columbia.

Sincerely,

Raymond E. Mitten Jr.
Director

**U.S. Department of Labor**

Office of the Solicitor
Washington, D.C. 20210

Appeals Unit
Freedom of Information Act / Privacy Act
200 Constitution Ave., N.W., Rm. N-2428
Phone: 202-693-5503
Fax: 202-693-5538

July 27, 2007

To: MICHELLE Y. WILLIAMS
2985 EUCLID AVE #22
SAN DIEGO, CA 92105

From: Raymond E. Mitten Jr.
Director, FOIA Appeals Unit

Re: Your Appeal to the Solicitor of Labor under the Freedom of Information Act and/or Privacy Act
DISCRIMINATION OF EMPLOYMENT

Date of your letter: 7/13/2007

Appeal Reference No.: 070264

This is to acknowledge receipt of your letter appealing a denial of information by a Department of Labor official. Your appeal is being processed.

The law generally requires that appeals be sequenced for action on a first-in first-out basis, consistent with the guidance provided by the courts. *See Open America v. Watergate Special Prosecution Force,* 547 F.2d 605 (D.C. Cir. 1976). You should be aware that the number of appeals currently awaiting review and decision is very substantial. We are authorized, however, to schedule for faster action those appeals which require limited staff time -- i.e., those that involve limited scope or complexity.

Should you have any questions about the status of your appeal, have any additional information which you believe should be brought to our attention, or wish to limit or withdraw your appeal, please contact this office at the phone or address listed above.

To help us serve you, please direct your inquiries to Linda Robinson at the number noted above, and use our appeal reference number. Thank you.

07/13/07

TO: MAIN OFFICE BIG LOTS
300 PHILLIPI RD.
COLUMBUS, OH. 43228-0512

& SOLICITOR OF LABOR
U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVE.
N.W. ROOM 2428
WASHINGTON, D.C. 20210

FROM: MS. MICHELLE Y. WILLIAMS
2985 EUCLID AVE #22
SAN DIEGO CA. 92105
(619-993-7811)

ATT: F.O.I.A., APPEAL.

SUBJECT:

FREEDOM OF INFORMATION ACT , 5 U.S.C. § 552; AND
THE PRIVACY ACT, 5 U.S.C. § 552(a).

ITEM:

MR. RAY FALGLENHAVEN, et. al.
MANEGER OF STORE #M004247
EUCLID AVE, SAN DIEGO, CA.

DEAR SIR/MADAM:

PLEASE BE ADVISED I MADE THREE REQUEST , VIA FAXES ON 07/07, TO MAIN OFFICE. SAID ( F.O.I.A. ) REQUEST WAS NOT COMPLETE DUE TO ABSENCE OF:

(a). any and all/paper or electronic copies of records related to my suspension and said termination from employment. (REASON )

I , REQUEST THIS INFORMATION BECAUSE I FULLY INTEND TO FILE A CIVIL LAW SUIT IN THE UNITED STATES DISTRICT COURT FOR DISCRIMINATION OF EMPLOYMENT.

THANK YOU IN ADVANCE FOR YOUR CONSIDERATION IN THIS MATTER.

SINCERLY YOURS,

Ms. Michelle Y. Williams

MS. MICHELLE Y. WILLIAMS

07/19/07

TO: SEDONA STAFFING
7380 CLAIREMONT MESA BLVD., STE 209
SAN DIEGO, CA. 92111

CC FILE:
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
401 B STREET, SUIT 510
SAN DIEGO, CA. 92101
(619) 557-7235

FROM: MS. MICHELLE Y. WILLIAMS
2985 EUCLID AVE. #22
SAN DIEGO, CA. 92105
(619) 993-7811

SUBJECT:
FREEDOM OF INFORMATION ACT. 5 U. S. C. §552 & 552(a); REQUEST FOR ANY AND ALL, COPIES, PAPER OR ELECTRONIC; STATING CRITERION (standard ) on which, MS. WILLIAMS' VOICE WAS JUDGED UPON FOR HER EMPLOYMENT TERMINATION.

DEAR SIR/MADAM:

I, MICHELLE Y. WILLIAMS, HAVE FILED A COMPLAINT OF RACIAL DISCRININATION WITH THE SAN DIEGO, E.E.O.C. (see cc file:) AS OF SAID DATE I AM ENTERING THIS ACTION AS MY OWN ATTORNEY THAT IS, (pro se, ), AND REQUEST YOU REMIT SAID INFORMATION UNDER SAID F.O.I.A. within (20) WORKING DAYS FROM DATE OF RECEIPT.

THANK YOU IN ADVANCE FOR YOUR CONSIDERATION IN THIS MATTER.

SINCERELY,

Ms Michelle Y. Williams

MS MICHELLE Y. WILLIAMS

07/09/07

FROM: MICHELLE Y. WILLIAMS
2985 EUCLID AVE. # 22
SAN DIEGO, CA. 92105
( 619 -993 -7811 )

TO: HUMAN RESOURCE, BIG LOTS
FAX #614-278-6739

SUBJECT:

F.O.I.A. REQUEST FOR COPY OF MY
JOB APPLICATION WITH BIG LOTS.
STORE # M004247

ATT: HUMAN RESOURCE, BIG LOTS:

I MICHELLE Y. WILLIAMS, AM REQUESTING A COPY OF MY JOB APPLICATION with store # M004247, located on EUCLID AVE SAN DIEGO, CA. ()and any other document baring said name))

I THANK YOU IN ADVANCE FOR YOUR COOPERATION IN THIS MATTER.

Ms. Michelle Y. Williams

MS. MICHELLE Y. WILLIAMS.
( FAX # 619-263-4210 )

#SS 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

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

September 4, 2007

PIU: 184938

Ms. Michelle Williams
2985 Euclid Avenue, #22
San Diego, CA 92105

**RE: Request for Assistance**

Dear Ms. Williams:

Thank you for your letter to the Office of Attorney General Edmund G. Brown Jr. dated August 9, 2007.

In your letter you request assistance from this office in resolving a private matter between yourself and your employer.

We appreciate hearing from citizens on matters of public concern. However, we are prohibited by law from representing private individuals or providing legal advice, legal research or legal analysis to private individuals under any circumstances.

We recommend that you consult with a private Civil Law attorney. An attorney would directly represent your interests and is the one whose advice would be most helpful to you. You may obtain a referral to a certified lawyer referral service by calling the State Bar at (866) 442-2529, or via their website at: http://www.calbar.ca.gov.

Allegations of discrimination by an employer should be directed to the California Department of Industrial Relations, Division of Labor Standards Enforcement (DLSE). This state agency investigates discrimination and public work complaints, and enforces Labor Code Statutes. In San Diego, the DLSE has a district office you may contact at (619) 220-5451.

We regret than we cannot be of further assistance to you, but hope that the information we have provided clarifies our restrictions in regard to your request. Thank you again for writing.

Sincerely,

Bill Canepa
Public Inquiry Unit

For EDMUND G. BROWN JR.
Attorney General

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

FILED

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Michelle Williams
898 S Euclid Ave #22
San Diego, CA 92105

**DEFENDANTS** Big Lots + Sedona Staffing

07 NOV 16 PM 2:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

(b) County of Residence of First Listed Plaintiff ______
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

'07 CV 2191 JLS (BLM)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 5 U.S.C. §552

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $**   CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 11-16-07   SIGNATURE OF ATTORNEY OF RECORD Michelle Williams

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______