Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, Ca. 92105
(619) 993-7811

FILED
07 NOV 16 PM 2:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PBV DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVETTE WILLIAMS<br>2985 EUCLID AVE. #22<br>SAN DIEGO, CA. 92105<br><br>Plaintiff, in pro se<br><br>-v-<br><br>MAIN OFFICE BIG LOTS<br>300 Phillipi Rd.<br>COLUMBUS, OH. 43228-0512<br><br>and<br><br>SEDONA STAFFING<br>7380 CLAIREMONT MESA BLVD.<br>STE 209<br>SAN DIEGO, CA. 92111<br><br>DEFENDANT, ET,. AL. | Case No. '07 CV 2191 JLS (BLM)<br><br>JUDGE<br><br>MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS |

I, MICHELLE YVETTE WILLIAMS, declare that I am the Plaintiff in this case. In support of my request to proceed without prepay-

UR

ment of fees or security under 28 U.S.C. §1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I am entitled to redress.

IN FURTHER SUPPORT OF THIS APPLICATION, I STATE THE FOLLOWING UNDER PENALTY OF RERJURY.

1. That I have been unemployed for last past (3) years.
2. That I now have held employment for about (3) three months.
3. That my pay rate is about $400.00 per week.
4. In the past twelve months I've received no monies other than work and healthservices.
5. My checking account of two weeks is negitive balance and I do not own any real estate, stocks, bonds, securities, or any other valuable property. No IRA/money market/CDS' or checking.
6. I do not own an automobile.
7. This is my first job in three years ( I do not own any items)
8. Persons who are dependent on me for support are my one year old daughter and significant other who is %50 disabled.
9. Other debts and current obligations are:
   a. Due soley to victim of identity theft.
   b. I pay all bills at said address until change occurs.
10. I do not have any other assets of items of value, specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certific ates, notes artwork or any other assets. This includs any items of value held in someone else's name.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND UNDERSTAND THAT A FALSE STATEMENT HEREIN MAY RESULT IN THE DISMISSAL OF MY CLAIMS.

11-16-07 Michelle Y Williams