**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MICHELLE YVETTE WILLIAMS,

Plaintiff,

vs.

MAIN OFFICE BIG LOTS and SEDONA STAFFING,

Defendants.

CASE NO. 07CV2191 JLS (BLM)

**ORDER (1) GRANTING MOTION TO PROCEED <u>IN FORMA PAUPERIS</u> and (2) DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF PROCESS**

(Doc. No. 2)

Plaintiff, a nonprisoner proceeding pro se, has submitted a complaint pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Plaintiff has not paid the civil filing fee required to commence this action, but rather, has filed a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(a). (Doc. No. 2.)

Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing that she is unable to pay filing fees. See 28 U.S.C. § 1915(a). Plaintiff has submitted an affidavit which sufficiently shows that she lacks the financial resources to pay filing fees.

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to Proceed In Forma Pauperis [Doc. No. 2] and **ORDERS** as follows:

1. The United States Marshal shall serve a copy of the Complaint, summons and this

Order granting Plaintiff leave to proceed In Forma Pauperis upon Defendants as directed by plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

2. Plaintiff shall serve upon defendants or, if appearance has been entered by counsel, upon defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendants or counsel of defendants and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

**IT IS SO ORDERED.**

DATED: November 26, 2007

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge