U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED 2007 DEC -5 AM 8

PLAINTIFF: MICHELLE YVETTE WILLIAMS

COURT CASE NUMBER: 07 CV 2191 JLS (BLM)

DEFENDANT: MAIN OFFICE BIG LOTS & SEDONA STAFFING

TYPE OF PROCESS: SUMMONS IN CIVIL ACTION

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MAIN OFFICE BIG LOTS AND SEDONA STAFFING

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 PHILLIPI RD COLUMBUS, OH 43228-0512 AND 1380 CLAIREMONT MESA BLVD, STE 209 SAN DIEGO, CA 92111

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHELLE YVETTE WILLIAMS
2985 EUCLID AVE #22
SAN DIEGO, CA. 92105

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

MAIN OFFICE BIG LOTS
(614) 272-7206
(419) 264-6644

SEDONA STAFFING
(858) 268-9844

RECEIVED 2007 NOV 29 P 1:10 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Fold

Signature of Attorney or other Originator requesting service on behalf of: Ms. Michelle Yvette Williams

☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 619 993 7811

DATE: 11/29/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | [signature] | 11/29/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): DELIA PUENTES — OPERATIONS ADMIN.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 12-3-07 Time: 1135 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**