U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED 07 DEC 14 AM 8:38

| | |
|---|---|
| PLAINTIFF<br>MICHELLE YVETTE WILLIAMS | COURT CASE NUMBER<br>07cv2191 JLS (BLM) |
| DEFENDANT<br>MAIN OFFICE BIG LOTS, SEDONA STAFFING | TYPE OF PROCESS<br>SUMMONS IN CIVIL ACTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MAIN OFFICE BIG LOTS AND SEDONA STAFFING

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 PHILLIPI RD, COLUMBUS, OH. 43228-0512 AND 9380 CLAIREMONT MASA BLVD, STE 209 SAN DIEGO, CA. 92111

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHELLE YVETTE WILLIAMS
2985 EUCLID AVE. #22
SAN-DIEGO, CA. 92105

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

MAIN OFFICE BIG LOTS
(614) 272-7206
(619) 264-6644

SEDONA STAFFING
(858) 268-9844

Fold

RECEIVED 2007 NOV 29 ... SOUTHERN DISTRICT ... U.S. MARSHAL

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Ms. Michelle Yvette Williams | ☒ PLAINTIFF<br>☐ DEFENDANT | (619) 993-7871 | 11/29/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 61 | A Scott | 11/29/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| | |
|---|---|
| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service: 12/10/07 Time: am / pm<br>Signature of U.S. Marshal or Deputy: Lori J. Smith |

RECEIVED US MARSHALS SERVICE 2007 DEC -3 PM 2:03 COLUMBUS, OHIO

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 11/29/07 - mailed to district 61 & forwarded in JDIS
Sent cert. mail 12/6/07 (Ohio only)

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michelle Yvette Williams

vs

Main Office Big Lots, Sedona Staffing

**SUMMONS IN A CIVIL ACTION**

Case No. 07cv2191 JLS (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michelle Yvette Williams

2985 Euclid Avenue #22
San Diego, CA 92105
(619)993-7811

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

November 26, 2007
DATE

By M. Zvers, Deputy Clerk