**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2007 DEC 26 AM 10: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

*This space for Clerk's Office File Stamp*

TO: ❑ U. S. DISTRICT JUDGE / ❑ U. S. MAGISTRATE JUDGE Sammartino

FROM: K.Hammerly, Deputy Clerk RECEIVED DATE: 12/13/2007

CASE NO.: 07cv2191 DOCUMENT FILED BY: Plaintiff

CASE TITLE: Williams v. Big Lots, et al

DOCUMENT ENTITLED: Motion for Lodgement

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ❑ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ❑ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ❑ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ❑ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ❑ | 7.1 | Missing table of contents |
| ❑ | 15.1 | Amended pleading not complete in itself |
| ❑ | 30.1 | Depositions not accepted absent a court order |
| ❑ | | Supplemental documents require court order |
| ❑ | | Default Judgment in sum certain includes calculated interest |
| ❑ | | OTHER: Federal Rules of Civil Procedure do not obligate defendants to lodge this document. |

**Date forwarded:** 12/13/2007

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

❑ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ❑

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 12/21 By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, Ca. 92105
(619) 993-7811

REJECTED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVETTE WILLIAMS<br>2985 Euclid Ave. #22<br>San Diego. Ca. 92105<br><br>Plaintiff, in pro se.<br><br>vs<br><br>MAIN OFFICE BIG LOTS<br>300 Phillipi Rd.<br>Columbus, Oh. 43228-0512<br><br>and<br><br>SEDONA STAFFING<br>7380 Clairemont Mesa Blvd., Ste 209<br>San Diego, Ca. 92111<br><br>Defendant, et,. al. | Case No. 07-cv-02191 JLS-BLM<br><br>MOTION FOR LODGMENT AND PROPOSED ORDER |

NOW COMES Plaintiff in pro se, and moves this Honorable Court to grant this Motion for Lodgment and Proposed Order, and in support of said Motion, Plaintiff states the following: