(ORIGINAL)

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, Ca. 92105
(619) 993-7811

FILED
08 JAN 23 AM 11:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

Plaintiff, in pro se.

vs

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

and

Sedona Staffing
3780 Clairemont Mesa Blvd.
Ste 209
San Diego, CA. 92111

Defendant, et,. al.

Case No. 07-CV-2191 JLS (BLM)

Judge SAMMARTINO

REQUEST TO CLERK FOR ENTRY OF DEFAULT

Dear Clerk:

Please enter the Default of the Defendants pursuant to Rule 55(a), of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend as appears from the attached

Declaration.

Defendant's failure to plead, answer or otherwise defend in the cause is required by law.

Plaintiff cites 28U.S.C.A. §1746, in support of said declaration/affidavit in support of request to Clerk for Entry of Default.

Respectfully submitted,

Michelle Yvette Williams

Plaintiff, in pro se.
Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, Ca. 92105
(619) 993-7811

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Yvette Williams<br>2985 Euclid Ave. #22<br>San diego, CA. 92105<br><br>Plaintiff, in pro se<br><br>vs<br><br>Main Office Big Lots<br>300 Phillipi Rd.<br>Columbus, OH. 43228-0512<br><br>and<br><br>Sedona Staffing<br>3780 Clairemont Mesa Blvd.<br>Ste 209<br>San Diego, CA. 92111<br><br>Defendant(s), et., al. | Case No 07-CV-2191 JLS (BLM)<br><br>Judge SAMMARTINO<br><br>PROOF OF SERVICE,<br>DECLARATION OF SERVICE<br><br>Type/Location of Service.<br>US POST OFFICE<br>4193 University Ave SD, CA<br><br>Date served: 1/23/08 |

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person(s) the following document:

(1) REQUEST TO CLERK FOR ENTRY OF DEFAULT.

(2) DECLARATION OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT.

I, The undersigned declare under penalty of perjury that I served the aforesaid document(s) in the following manner:

BY placing a copy in a separate envelope, with prepaid postage for each address named below and depositing each in the U.S. Mails at San Diego, CA., on this date: 23RD

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

Sedona Staffing
3780 Clairemont Mesa Blvd
Suite 209
San Diego, CA. 92111

Executed on 23RD, JANUARY 2008, at San Diego, California.

Name: Theodore Walker
Address; 2985 Euclid Ave #50
SD, CA. 92105
Phone No: (619) 787-3523