(original)

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

FILED
08 JAN 23 AM 11:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Yvette Williams<br>2985 Euclid Ave. #22<br>San Diego, CA 92105<br><br>Plaintiff in pro se<br><br>vs<br><br>Main Office Big Lots<br>300 Phillipi Rd.<br>Columbus, OH. 43228-0512<br><br>and<br><br>Sedona Staffing<br>7380 Clairemont Mesa Blvd.<br>Suite 209<br>San Diego, CA. 92111<br><br>Defendant(s) et,.al. | Case No 07-CV-2191 JLS (BLM)<br><br>Judge SAMMARTINO<br><br>DECLARATION OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT |

Dear Clerk:

Plaintiff, in pro se, Ms. Michelle Yvette Williams, deposes and says the following:

1. That I am the Attorney of record and have personal

knowledge of the facts set forth in this Declaration.

2. Plaintiff on 11/16/07, filed in this cause a complaint against the Defendants.

3. Examination of the Court files and records in this cause shows that the Defendants were served with a copy of summons together with a copy of Plaintiff's complaint on 12/03/07, and 12/10/07.

4. More than 20 days have elapsed since the date on which the Defendants were served with summons and a copy of the complaint.

5. The defendants have failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or other defense that they might have had, upon Plaintiff, in pro se.

6. This Declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff, in pro se, to obtain an entry of default against the Defendants, for their failure to answer or otherwise defend as to the Plaintiff's complaint.

I, Michelle Yvette Williams, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Michelle Yvette Williams

Plaintiff in pro se
Michelle Yvette Williams

01-22-08
date