Sedona Staffing

7380 Clairemont Mesa Blvd, Suite 209 • San Diego, California 92111 • Phone 858-268-9844 • FAX 858-268-9880
e-mail: info@sedonastaffing.com • www.sedonastaffing.com

**NUNC PRO TUNC**

FEB 01 2008

COPY

FILED
08 FEB -5 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

1/24/2008

Claimant: Michelle Williams
Respondant: Sedona Staffing
EEOC #: 488-2007-00548
CASE 3:07-cv-02191-JLS-BLM

Dear Ms. Williams,

Today at 1:00pm, Sedona Staffing received a "Request to Clerk for Entry of Default".

This "Request to Clerk for Entry of Default" states that Sedona Staffing has failed to "plead, answer or otherwise defend in the cause" of your discrimination claim, however a response to your claim and summons dated 11/26/07 was mailed to you on 12/5/07 and received by you on 12/7/07 per USPS certified delivery (see enclosed copies of USPS Certified Delivery confirmation and USPS Return Receipt).

Sedona Staffing denies default in this case. Again, our response to your claim was mailed on 12/5/07 and received by you on 12/7/07 per USPS delivery.

Please advise on further actions Sedona Staffing should take to ensure you have received our response to your claim.

Respectfully submitted,

Rita Sanford

Rita Sanford
Human Resources
Sedona Staffing
858-268-9844 x211

Cc: US Clerk District Court

Sedona Staffing

2701 E. Camelback Road, #102 • Phoenix, AZ 85016 • Phone 602-778-0611 • FAX 602-955-0351
e-mail: sandiegotelestaf@aol.com • www.sedonastaffing.com

COPY

Mailed 12.5.07 Cert: Return Rcpt

12/5/07

Response to Complaint of Discrimination
Claimant: Michelle Williams
Respondant: Sedona Staffing
EEOC #: 488-2007-00548
CASE 3:07-cv-02191-JLS-BLM

Sedona Staffing denies discrimination against Michelle Williams based the claimant's race, religion, national origin or any other factors. In addition, Sedona Staffing denies any violation of Title VII of the Civil Rights Act of 1964.

Michelle Williams enrolled with Sedona Staffing on 6/8/07. After filling out an application Ms. Williams met with Andrea Laird, Sedona Staffing Recruiter. The two discussed Ms. Williams's employment goals. After discussion, Ms. Laird offered Ms. Williams an opportunity for a call center position at Business to Business (B2B). Ms. Williams accepted the opportunity at B2B and began the application process for the position which included several computer tests and leaving a voicemail message for B2B.

B2B solely decides who they hire. Sedona Staffing has no role in B2B's hiring decisions therefore we cannot provide the criterion/standard on which Michelle Williams was considered. Sedona's role is to test and screen candidates as requested by B2B and submit the results for B2B's review.

Please contact me should you have any questions or require additional information.

Sincerely,

Rita Sanford
Human Resources
Sedona Staffing
858-268-9844 x211

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

COPY

7006 2150 0002 9141 5652

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle W. #22
2985 Euclid
SD CA 92105

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SAN DIEGO CA CITY HEIGHTS STA. DEC 7 2007 USPS

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7006 2150 0002 9141 5652

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

COPY

## Search Results

Label/Receipt Number: **7006 2150 0002 9141 5652**
Status: **Delivered**

Your item was delivered at 2:32 PM on December 7, 2007 in SAN DIEGO, CA 92105.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm
Enter Label/Receipt Number.

*Go >*

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

Sedona Staffing
7380 Clairemont Mesa Blvd., Ste. 209
San Diego, California 92111

CERTIFIED MAIL

7006 2150 0002 9141 5133 ← tracking #

Copy of the enclosed
mailed to
Michelle Williams
Certified on 1/24/07

Michelle Yvette Williams
2985 Euclid Avenue #22
San Diego, CA 92105