# EXHIBIT "A"

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED 2007 DEC -5 AM 8

| | |
|---|---|
| PLAINTIFF<br>MICHELLE YUETTE WILLIAMS | COURT CASE NUMBER<br>07 cv 2191 JLS (BLM) |
| DEFENDANT<br>MAIN OFFICE BIG LOTS & SEDONA STAFFING | TYPE OF PROCESS<br>SUMMONS IN CIVIL ACTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MAIN OFFICE BIG LOTS AND SEDONA STAFFING

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 PHILLIPI RD COLUMBUS, OH 43228-0512 AND 1380 CLAIREMONT MESA BLVD, STE 209 SAN DIEGO, CA 92111

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHELLE YUETTE WILLIAMS
2985 EUCLID AVE #22
SAN DIEGO, CA. 92105

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

MAIN OFFICE BIG LOTS
(614) 272-7206
(619) 264-6644

SEDONA STAFFING
(858) 268-9894

RECEIVED 2007 NOV 30 P 1:10 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Ms. Michelle Yvette Williams | ☒ PLAINTIFF ☐ DEFENDANT | 619 993 7811 | 11/29/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 98 | [signature] | 11/29/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
DELIA PUENTES — OPERATIONS ADMIN.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

| Date of Service | Time |
|---|---|
| 12-3-07 | 1135 am |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

# EXHIBIT "B"

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Yvette Williams<br>2985 Euclid Ave. #22<br>San diego, CA. 92105<br><br>Plaintiff, in pro se<br><br>vs<br><br>Main Office Big Lots<br>300 Phillipi Rd.<br>Columbus, OH. 43228-0512<br><br>and<br><br>Sedona Staffing<br>3780 Clairemont Mesa Blvd.<br>Ste 209<br>San Diego, CA. 92111<br><br>Defendant(s), et., al. | Case No 07-CV-2191 JLS (BLM)<br><br>Judge SAMMARTINO<br><br>PROOF OF SERVICE,<br>DECLARATION OF SERVICE<br><br>Type/Location of Service.<br>US POST OFFICE<br>4193 University Ave. SD, CA<br><br>Date served: 1/23/08 |

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person(s) the following document:

(1) REQUEST TO CLERK FOR ENTRY OF DEFAULT.

(2) DECLARATION OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT.

I, The undersigned declare under penalty of perjury that I served the aforesaid document(s) in the following manner:

BY placing a copy in a separate envelope, with prepaid postage for each address named below and depositing each in the U.S. Mails at San Diego, CA., on this date: 23RD

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

Sedona Staffing
3780 Clairemont Mesa Blvd
Suite 209
San Diego, CA. 92111

Executed on 23RD, JANUARY 2008, at San Diego, California.

Name: Theodore Walker

Address; 2985 Euclid Ave #50
SD, CA. 92105

Phone No: (619) 787-3523

# EXHIBIT "C"

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED
07 DEC 14 AM 8:38

| | |
|---|---|
| PLAINTIFF<br>MICHELLE YVETTE WILLIAMS | COURT CASE NUMBER<br>07cv 2191 JLS (BLM) |
| DEFENDANT<br>MAIN OFFICE BIG LOTS, SEDONA STAFFING | TYPE OF PROCESS<br>SUMMONS IN CIVIL ACTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MAIN OFFICE BIG LOTS AND SEDONA STAFFING

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 PHILLIPI RD. COLUMBUS, OH. 43228-0512 AND 9380 CLAIREMONT MESA BLVD. STE 209 SAN DIEGO, CA. 92111

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHELLE YVETTE WILLIAMS
2985 EUCLID AVE. #22
SAN-DIEGO, CA. 92105

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

MAIN OFFICE BIG LOTS
(614) 272-7206
(619) 264-6644

SEDONA STAFFING
(858) 268-9844

RECEIVED
2007 NOV 2[illegible]
U.S. [illegible]
SOUTHERN [illegible]

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Ms. Michelle Yvette Williams | ☒ PLAINTIFF ☐ DEFENDANT | (619) 993-[illegible] | 11/2[illegible]/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 61 | [signature] A Scott | 11/29/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time am pm |
|---|---|---|
| | 12/10/07 | |
| | Signature of U.S. Marshal or Deputy<br>Lori J. Smith | |

RECEIVED
US MARSHALS SERVICE
2007 DEC -3 PM 03 04
COLUMBUS, OHIO

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 11/29/07 - mailed to district 61 & forwarded in JDIS
Sent cert. mail 12/6/07 (Ohio only)

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michelle Yvette Williams

vs

Main Office Big Lots, Sedona Staffing

**SUMMONS IN A CIVIL ACTION**

Case No. 07cv2191 JLS (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michelle Yvette Williams

2985 Euclid Avenue #22
San Diego, CA 92105
(619)993-7811

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

November 26, 2007
DATE

By M. Zvers, Deputy Clerk