Chandra Moore (Bar No. 202806)
HAIGHT BROWN & BONESTEEL LLP
701 B Street, Suite 1625
San Diego, California 92101
Telephone: 619.595.5583
Facsimile: 619.595.7873

Attorneys for Defendant PNS Stores, Inc., a California corporation, erroneously sued as MAIN OFFICE BIG LOTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVETTE WILLIAMS,<br><br>Plaintiff in pro se,<br><br>v.<br><br>MAIN OFFICE BIG LOTS and SEDONA STAFFING,<br><br>Defendants. | Case No. 07-CV-2191 JLS (BLM)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT PNS STORES, INC. TO DISMISS PLAINTIFF'S COMPLAINT [F.R.C.P. RULE 12 (B)(6); MEMORANDUM OF POINTS AND AUTHORITIES; and DECLARATION OF CHANDRA L. MOORE**<br><br>[Proposed Order and Motion to Set Aside Entry of Default Filed Concurrently Herewith]<br><br>Date: April 25, 2008<br>Time: 10:30 a.m.<br>Ctrm: 6<br>Judge: Hon. Sammartino<br><br>Complaint Filed: November 16, 2007 |

TO PLAINTIFF IN PRO PER:

**PLEASE TAKE NOTICE** that on April 25, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled Court, located at 940 Front Street, San Diego, California 92101, Defendant PNS Stores, Inc., a California corporation ("Defendant"), will and hereby does move the Court for entry of an Order dismissing Plaintiff's entire Complaint.

This Motion in made on the following grounds:

1. The Complaint fails to state a claim upon which relief can be granted and should therefore be dismissed.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the attached Declaration of Chandra L. Moore, the pleadings and papers filed in this action and such further argument and matters as may be offered and received at the time of the hearing of this Motion.

This Motion is made following an attempt to "meet and confer" over the allegations in the Complaint and to discuss this motion. Please see the Declaration of Chandra L. Moore, filed concurrently herewith.

Dated: February 26, 2008

Respectfully submitted,

HAIGHT BROWN & BONESTEEL LLP

By: [signature: Chandra Moore]

Chandra Moore
Attorney for Defendant
PNS Stores, Inc., a California corporation, erroneously sued as MAIN OFFICE BIG LOTS

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

Plaintiff filed a Complaint against PNS Stores, Inc., a California corporation, erroneously sued as MAIN OFFICE BIG LOTS, ("Big Lots") on November 16, 2007. Should this Court grant Big Lots "Motion to Set Aside the Entry of Default," which is filed concurrently with this motion, then Big Lots asserts that Plaintiff's Complaint should be dismissed in its entirety, without leave to amend, for failure to state a claim upon which relief can be granted.

## II. THIS COURT SHOULD DISMISS PLAINTIFF'S COMPLAINT BECAUSE PLAINTIFF HAS FAILED TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Plaintiff's Complaint against Big Lots is for "Relief Under The Freedom of Information Act 5 U.S.C. § 552." The Freedom of Information Act ("FOIA") applies to Executive Branch departments, agencies, and offices; federal regulatory agencies; and federal corporations. Title 5, section 552 states in pertinent part:

> § 552. Public information; agency rules, opinions, orders, records, and proceedings [Caution: See prospective amendment notes below.]
>
> (a) Each **<u>agency</u>** shall make available to the public information as follows:
>
> (1) Each **<u>agency</u>** shall separately state and currently publish in the Federal Register for the guidance of the public-- *(emphasis added)*
>
> (f) For purposes of this section, the term--
>
> (1) "**<u>agency</u>**" as defined in section 551(1) of this title [5 USCS § 551(1)] includes any executive department, military department, Government corporation, Government controlled corporation, or other establishment in the executive branch of the Government (including the Executive Office of the President), or any independent regulatory agency. *(emphasis added)*

The primary purpose of the FOIA, "which provides generally for disclosure of agency records and information, is to open administrative processes to scrutiny of press

and general public." See Renegotiation Bd. v Bannercraft Clothing Co. (1974) 415 US 1, 39 L Ed 2d 123, 94 S Ct 1028. The FOIA seeks to permit access to "official information long shielded unnecessarily from public view, attempts to create judicially enforceable public right to secure such information from possibly unwilling official hands, and attempts to provide workable formula which balances and protects all interests." See EPA v Mink (1973) 410 US 73, 93 S Ct 827, 35 L Ed 2d 119, 4 Envt Rep Cas 1913, 1 Media L R 2448, 3 ELR 20057 (superseded by statute on other grounds as stated in Phillippi v CIA (1976, App DC) 178 US App DC 243, 546 F2d 1009, 2 Media L R 1208) and (superseded by statute on other grounds as stated in Brandon v Eckard (1977, App DC) 187 US App DC 28, 569 F2d 683, 3 Media L R 1731) and (superseded by statute on other grounds as stated in CNA Fin. Corp. v Donovan (1987, App DC) 265 US App DC 248, 830 F2d 1132, 44 BNA FEP Cas 1648, 34 CCF P 75389, 44 CCH EPD P 37424) and (superseded by statute on other grounds as stated in Halpern v FBI (1999, CA2 NY) 181 F3d 279, 187 ALR5th 495).

Further, congressional intent was not to include as agencies corporations which are neither chartered by federal government nor controlled by it. See Forsham v Harris (1980) 445 US 169, 63 L Ed 2d 293, 100 S Ct 977, 5 Media L R 2473. Big Lots is not chartered or controlled by the U.S. Government. Big Lots is a private company and is not governed under the FOIA. Accordingly, this court should dismiss Plaintiff's Complaint, in its entirety, without leave to amend.

## III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint in its entirety, without leave to amend.

Dated: February 26, 2008

HAIGHT BROWN & BONESTEEL LLP

By: [signature]

Chandra Moore
Attorney for Defendant
BIG LOTS STORES, INC. erroneously sued as MAIN OFFICE BIG LOTS

# DECLARATION OF CHANDRA L. MOORE

I, CHANDRA L. MOORE, declare as follows:

1. I am an attorney at the law firm of Haight, Brown & Bonesteel, L.L.P., counsel of record for Defendants in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On February 5, 2008 at 2:28 p.m., I telephoned Plaintiff at the number listed on her Complaint in an attempt to "meet and confer" regarding the "Notice of Entry of Default" and my intention to seek relief and to inform her that I would be filing the instant Motion to Dismiss. Plaintiff's boyfriend (or "significant other") answered the phone. When I identified myself and asked to speak with Plaintiff, I was told "don't you ever call this number again. She will not be speaking with you. Go through the court and file an answer" and then he hung up on me. Accordingly, I was forced to file this motion.

Executed on February 26, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Chandra Moore

CHANDRA L. MOORE