# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.:
COUNTY OF SAN DIEGO )

*MICHELLE YVETTE WILLIAMS v. MAIN OFFICE BIG LOTS and SEDONA STAFFING*
*07-CV-2191 JLS (BLM)*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 701 B Street, Suite 1625, San Diego, California 92101.

On February 26, 2008, I served on interested parties in said action the within:

**NOTICE OF MOTION AND MOTION OF DEFENDANT PNS STORES, INC. TO SET ASIDE THE ENTRY OF DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHANDRA L. MOORE; EXHIBITS; [PROPOSED] ORDER TO SET ASIDE THE ENTRY OF DEFAULT**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Diego, California.

Michelle Yvette Williams
2985 Euclid Avenue #22
San Diego, CA 92105

Sedona Staffing
7380 Clairemont Mesa Boulevard, Suite 209
San Diego, CA 92111

I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

Executed on February 26, 2008 at San Diego, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Tara Schwartz
(Type or print name)

[signature]
(Signature)