FILED

2008 MAR 20 PM 3:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KNX DEPUTY

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Michelle Yvette Williams
2985 Euclid Ave. #22
SAn Diego, CA. 92105

Plaintiff, in pro se

-vs-

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

and

Sedona Staffing
7380 Clairemont Mesa Bl.
Suite 209
San Diego, CA. 92111

Defendant(s) et.,al.

Case No. 07-CV-2191 JLS (BLM)

Judge: Honorable Sammartino

Hearing Type: Notice of Hearing

Date: April 25, 2008

Time: 10:30 a.m.

Court Room: 6

Complaint Filed: 12/16/07

NOTICE OF MOTION AND PLAINTIFF'S REBUTTAL TO DEFENDANT'S "ANSWER" AND REQUEST TO SET ASIDE THE ENTRY OF DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES AND EXHIBITS AND PLAINTIFF'S DECLARATION OF PROOF OF SERVICE.

TO DEFENDANT(S) AND THE HONORABLE COURT:

PLEASE TAKE NOTICE, that on April 25, 2008, at 10:30 a.m., or

as soon thereafter as this matter may be heard in Courtroom 6 of the above-entitled Court, located at 940 front Street, San Diego, California 92101, Plaintiff in pro se, will and hereby does move the Court for:

1. Judgment on the Merits of entitled cause of action.
2. Deny Defendant's Motion to Dismiss entitled cause of action
3. Deny Defendant's Motion to set aside Entry of default.
4. Grant Plaintiff's Rebuttal to Defendant's Answer to Civil Complaint.
5. Grant Plaintiff's First Amended Complaint herein attached.

This Motion is made on the following ground:

6. Good cause doesn't exist to set aside the Entry of Default.

This Motion is made following the so-called " meet and confer " allegations, as set forth by declaration of one Chandra L. Moore, Attorney of Defendant(s).

Plaintiff's maintains that phone call on 01/24/08, 02/21/08 and of-course 12/13/07, even certified mail doesn't constitute and answer to said entitled Civil Complaint, but does evident knowledge of commencement of said law suit. ( see Exhibit (A).

Respectfully submitted,

Michelle Yvette Williams

Plaintiff in pro se
Michelle Yvette Williams

3-19-08

date

MEMORANDUM OF POINTS AND AUTHORITIES

1. PLAINTIFF IN PRO SE, declares the following as truth and fact.

2. Attorney Chandra L. Moore's signed and dated Declaration of personal knowledge and facts are very misleading to the Court, let Plaintiff point out an important fact of authorization to accept service. Defendant(s) state Operations "assistant" but item in question signed Operations "Admin.".

3. Finally, the signed statement herein stating that " no one .... was aware of Plaintiff's Law Suit until... Request to Clerk for Entry of default ".

4. On 12/21/07, filed in entitled cause of action was a Motion For Lodgment and proposed Order, it was rejected by this Court and the item sought to be Lodged was (Exhibit A ) the letter from defendant(s) dated 01/24/08, states in part: ... a response to your claim and summons dated 11/26/07, was mailed to you on 12/5/07, and received by you on 12/7/07, per U.S.P.S. certified delivery ...

The Summons and copies of Complaint were served as required under the laws of California pursuant to F.R.C.P. 4 and California Code of Civil Prodedure §416.10.

Defendant(s) misrepresentation of the facts to the Court is not " good cause " to set aside an Entry of Default. Plaintiff cite Coon v Grenier, 867 F2d 73, 76 (1st Cir. 1989).

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 99-7811

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Yvette Williams<br>2985 Euclid Ave. #22<br>San Diego, Ca. 92105<br><br>Plaintiff, in pro se<br><br>-vs-<br><br>Main Office Big Lots<br>300 Phillippi Rd.<br>Columbus, OH. 43228-0512<br><br>and<br><br>Sedona Staffing<br>7380 Clairemont Mesa Bl.<br>Ste. 209<br>San Diego, CA. 92111<br><br>Defendant(s), et.,al. | Case: 07-CV-2191 JLS (BLM)<br><br>Judge: Honorable Sammartino<br><br>DECLARATION OF SERVICE<br><br>TYPE OF SERVICE U.S. MAIL<br><br>Date: 03/19/08 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and that I am the Attorney of record in the above entitled cause of action. And that I served the above named parties copies of the following:

(1). Notice of Motion and Plaintiff's Rebuttal to Defendant(s) answer and request to set aside the Entry of Default; Memorandum of Points and Authorities and exhibits and Plaintiff's Declaration.

(2). Rebuttal to Defendant(s) answer to Civil Complaint.

(3). First Amended Complaint under 42 U.S.C.A. §1983 and 29 U.S.C. §101(4)

I, the undersigned declare under penalty of perjury that I Michelle Yvette Williams, the Attorney of record in the above entitled case, served the aforesaid documents in the following manner:

By placing true copies in separate envelopes, with postage thereon fully prepaid for each address named below and did deposite each the the United States Post Office located at 4193 University Ave., in San Diego, California on the date of:

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512 and

Sedona Staffing
7380 Clairemont Mesa Bl.
Suite 209
San Diego, CA. 92111

Executed on 3-19- 2008, at San Diego, California.

Michelle Yvette Williams

Plaintiff in pro se
Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811