**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 APR 15 AM 9:47

**NOTICE OF DOCUMENT DISCREPANCIES**

*This space for Clerk's Office File Stamp*

TO: ❑ U. S. DISTRICT JUDGE / ❑ U. S. MAGISTRATE JUDGE Sammartino
FROM: K.Hammerly, Deputy Clerk RECEIVED DATE: 3/20/2008
CASE NO.: 07cv2191 DOCUMENT FILED BY: Plaintiff Williams
CASE TITLE: Williams v. Big Lots, et al
DOCUMENT ENTITLED: Rebuttal to Deft's Answer to Civil Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ❑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ❑ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ❑ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ❑ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ❑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ❑ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ❑ | 7.1 | Missing table of contents |
| ❑ | 15.1 | Amended pleading not complete in itself |
| ❑ | 30.1 | Depositions not accepted absent a court order |
| ❑ | | Supplemental documents require court order |
| ❑ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: No provisions in regard to rebuttal to answer |

First Amended Complaint not attached

**Date forwarded:** 3/21/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

❑ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ❑

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 4/14/2008 By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

[redacted]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

Plaintiff, in pro se

-vs-

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

and

Sedona Staffing
7380 Clairemont Mesa Bl.
Suite 209
San Diego, Ca. 92111

Defendant, et., al.

Case: 07-CV-2191 JLS (BLM)

Judge: Honorable Sammartino

Hearing Type: Rebuttal

Date: April 25, 2008

Time: 10:30 a.m.

Court Roome: 6

Complaint Filed: 12/16/07

REBUTTAL TO DEFENDANT'S ANSWER TO CIVIL COMPLAINT.

TO DEFENDANTS AND THE HONORABLE COURT:

AN " Answer " has not been submitted to this cause of action see, e.g., Fed. R. Civ. Proc. 13.