**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 APR 24 PM 4:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

TO: ❑ U. S. DISTRICT JUDGE / ❑ U. S. MAGISTRATE JUDGE Sammartino
FROM: C Puttmann, Deputy Clerk RECEIVED DATE: 4/21/2008
CASE NO.: 07cv2191 JLS BLM DOCUMENT FILED BY: Plaintiff
CASE TITLE: Williams v. Main Office Big Lots et al
DOCUMENT ENTITLED: Notice of Motion, Motion for Judgment on Merits

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ❑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ❑ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ❑ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| X | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ❑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ❑ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ❑ | 7.1 | Missing table of contents |
| ❑ | 15.1 | Amended pleading not complete in itself |
| ❑ | 30.1 | Depositions not accepted absent a court order |
| ❑ | | Supplemental documents require court order |
| ❑ | | Default Judgment in sum certain includes calculated interest |
| ❑ | | OTHER: |

**Date forwarded:** 4/23/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

❑ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties. Plaintiff should first call chambers (619-557-5542) to obtain a hearing date.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ❑

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 4/23/2008 By: [signature]
cc: All Parties

REJECTED

[redacted]

ORAL ARGUMENT NOT REQUESTED

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, Ca. 92105
(619) 993-7811

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

Plaintiff, in pro se

-vs-

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

and

Sedona Staffing
7380 Clairemont Mesa Bl.
Suite 209
San Diego, CA. 92111

Defendant, et., al.

Case: 07-CV-2191 JLS (BLM)

Judge: Honorable Sammartino

Hearing type: Motion

Date: April 25, 2008

Time: 10:30 a.m.

Court Room: 6

Complaint filed: 12/16/07

NOTICE OF MOTION, MOTION FOR JUDGMENT ON MERITS AND MEMORANDUM OF POINT AND AUTHORITIES.

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE: That the above entitled cause will be heard or as soon as thereafter as the matter may be heard the Plaintiff's Motion for Judgment on the Merits of this action.