FILED

2008 MAY -1 PM 3:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KNH DEPUTY

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

ORAL ARGUMENT NOT REQUESTED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

Plaintiff, in pro se

-vs-

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

and

Sedona Staffing
7380 clairemont Mesa Bl.
Suite 209
San Diego, CA. 92111

Defendant, et., al.

Case: No: 07-CV-2191 JLS (BLM)

Judge: Honorable Sammartino

Hearing Date: June 27, 2008

Hearing type: Request

Time: 10:30 a.m.

Court Room 6

Complaint filed: 12/16/07

REQUEST FOR JUDGMENT ON MERITS

TO THIS HONORABLE COURT:

On 04/07/08, and 04/09/08, the California Attorney General, and Mr. Richard Williams, received certified mail, from Plaintiff,

dated 04/04/08, ( copy attached as exhibit B ) stating in part " ... He had received some information from the State of Texas and based of said information that He was forthwith dismissing Ms. Michelle William's Complaint of discrimination. When I protested that decision over the phone, and demanded copies of the information in which He used to support His decision to dismiss my case, Mr. Richard Willisms states over the phone that He would not be giving me copies of that information... "

Plaintiff sent a copy of this document to Mr. Edmund G. Brown Jr., the State of California Attorney General and a Donald E. Stephens signed and stamped dated it 04/09/08. And of course, Mr. Richard Williams, of the E.E.O.C., of San Diego, California.

However, without regard whatsoever, the above mailed the following to Plaintiff, as exhibit C, dated 04/18/08, and signed not by Mr. Richard L. Williams, but by a Raul G. Green, Acting Director, whom may not have been aware of a " concerted action " in voilation of the origianal complaint.

In accordance with said " Right To Sue Letter " dated 04/18/08, Plaintiff could very well file for said information from Mr. Richard L. Williams, and the San Diego, Local Office of the U.S. Equal Emoplyment Opportunity Commission under 5 U.S.C. §552, ( Freedom of Information Act ), (1) " agency ", as defined in section 551(1) of this title 5 U.S.C.S. §551(1).

However, Plaintiff, with the Courts approval, will render said document "moot " in light of said " Request for Judgment on the Merits of this above entitled cause and action."

This is so as to not to further burden this Court with continued Civil Actions from different levels of Jurisdict-ions with same " merits " as demonstrated by the above facts.

Plaintiff was wrongfully terminated from employment by Defendants, that allegation has not been answered by Defendants, Plaintiff alleges that such wrongfully termination was due to Racial and other discriminations, and that fact has not been answered by Defendants, at either level of jurisdiction State or Federal. Plaintiff need not burden this Court with overkill and therefore:

The Plaintiff in pro se, will and hereby does Move this Honorable Court for:

1. Judgment on the Merits of entitled cause of action.
2. Deny Defendant's Motion to set aside Entry of Default.
3. Deny Defendant's Motion to Dismiss entitled cause.
4. Grant Plaintiff's First Amended Complaint.
5. Preserve Plaintiff's " right of sue letter " with regard to the San Diego, E.E.E.O.C. and Mr. Williams' refusal to supply copies of documents from Texas used to deny E.E.O.C. claim of Discrimination.
6. Grant Plaintiff attorney fees and cost in maintaining said action.
7. Grant such other refief as this Court may deem just and proper.

Respectfully submitted,

Michelle Yvette Williams
Michelle Yvette Williams

4-21-08
date: