Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

FILED
2008 MAY -1 PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KN(signature) DEPUTY

ORAL ARGUMENT
NOT REQUESTED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Yvette Williams<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>Plaintiff, in pro se<br><br>-vs-<br><br>Main Office Big Lots<br>300 Phillipi Rd.<br>Columbus, OH. 43228-0512<br><br>and<br><br>Sedona Staffing<br>7380 Clairemont Mesa Bl.<br>Suite 209<br>San Diego, CA. 92111<br><br>Defendant, et., al. | Case: 07-CV-2191 JLS (BLM)<br><br>Judge: Honorable Sammartino<br><br>Hearing type: Request<br><br>Date: June 27, 2008<br><br>Time: 10:30 a.m.<br><br>Court Room: 6<br><br>Complaint filed: 12/16/07<br><br>NOTICE OF REQUEST, REQUEST FOR JUDGMENT ON MERITS AND MEMORANDUM OF POINTS AND AUTHORITIES. |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE: That the above entitled cause will be heard or as soon as thereafter as the matter may be heard the Plaintiff's Request for Judgment on the Merits of this action.

C6

This Request is made on the following grounds:

(1) The Defendants fail to give answer to this Civil Action.

This Request is base on this Notice of Request, the Request for Judgment on the Merits, and the Memorandum of Points and Authorities, and the attached Frist Amended Complaint.

dated: 4-21-08

Respectfully submitted,

Michelle Yvette Williams

Plaintiff, in pro se
Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105