FILED
2008 MAY -1 PM 3:06
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY FNH DEPUTY

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

ORAL ARGUMENT NOT REQUESTED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

Plaintiff, in pro se

-vs-

Main Office Big Lots
300 Phillipi Rd.
Columbus, OH. 43228-0512

and

Sedona Staffing
7380 Clairemont Mesa Bl.
Suite 209
San Diego, CA. 92111

Defendant, et., al.

Case No: 07/CV-2191 JLS (BLM)

Judge: Honorable Sammartino

Hearing type: Request

Date: June 27, 2008

Time: 10:30 a.m.

Court Room: 6

Complaint filed: 12/16/07

MEMORANDUM OF POINTS AND AUTHORITIES.

TO THIS HONORABLE COURT;

An " answer " in this cause has not been submitted under Federal Rules of Civil Procedure, Rule 13. And, Plaintiff should be granted Judgment on the Metits, 112 F.2d 886, 887.

This is a Civil Complaint for unlawful termination of employment with the Plaintiff alleging Discrimination for action.

The Defendants have not presented a denial to all or any of said allegations, have not presented any affirmative defenses or counter claims permissive or compulsory which might have been available to Defendants.

However, Defendants in this cause seeks an order to set aside the Clerk's Entry of Default, with complete dismissal of this Civil Action.

Plaintiff contest that request and points out the untrue statements contained in Defendant's response to Plaintiff's Civil Complaint as follow:

(A). Defendants state the Main Office of Big Lots has been erroneously sued and that PNS Stores Inc., a California Corporation is the correct Defendants.

(1). But, the fact is as stated in Plaintiff's original Complaint on 07/07/07, Plaintiff made three (3) faxes to " Main Office Big Lots, 300 Phillipi Rd., Columbus, Ohio, at direction of Mr. Ray Falglenhaven, whom is the Big Lots Store Manager whom terminated Plaintiff to cause this said Civil Action.

Plaintiff's originial Complaint goes on to state continous effort from 07/07/07, 07/09/07, 07/13/07, 07/19/07, demanding said answer to Her Grievances as to lawfull reason for terminati-on of employment from Defendants at said address. Not once did Big Lots Store Manager Ray Falglenhaven, direct Plaintiff to PNS Stores Inc. a California Corporation for Her Pink Slip.

(B). Defendants state that Main Office Big Lots purported service of summons and Complaint is improper and invalid due to lack of a "person designated as agent for service...

(2). But, the fact is as stated in Plaintiff's original Complaint show an extensive history communication by phone, faxes, and mail some mail even certified from the dates of 07/07/07, through 09/04/07, from both Defendants.

Therefore, Plaintiff states that Operations Assistant Delia Puentes was and is "person/agent " as demonstrated by her title. (which she signed Delia Puentes Operations " Admin." not " Assistant " as stated by Defendants.

There is no doubt that copies of the Complaint and Summons were properly and validly served on Defendants by Federal United States Marshalls in both California and Ohio.

Defendants also state that Big Lots:

(C). "Unfortunately, no one in big Lots Risk Management/Claims Department was aware of Plainiff's lawsuit against Big Lots until Nicole Rodgers, of Big Lots ....received, via mail on 01/31/08, Plaintiff's request for Entry of Default. Without knowledge of the lawsuit."

(3). But, the fact is as stated in Plaintiff's original Complaint Service was effected by U.S. Marshalls.

The statement that "no one " knew about the lawsuit is a complete falsehood as demonstrated by certified mail from Defendants dated 12/05/07 and 12/07/07 stating in part: ... a response to your claim and summons dated 11/26/07 was mailed to you on 12/5/07 and received by you on 12/7/07 per USPS certified delivery... Cc: US Clerk District Court. EX D.

By Defendants own admission (certified letter exhibit (D)) Defendant had knowledge of the lawsuit and intentionally default on the lawsuit. Federal Rule of Evidence 801. As such this Honorable Court should not set aside the Entry of Default.

Furthermore, Plaintiff received correspondances from Big Lots, 300 Phillipi Rd., Columbus, OH. 43228-0512, DATED: 12/27/07, once again in response to lwasuit.

Defendants state that Plaintiff refused an attempt to "meet and confer" over allegations in the Complaint and to discuss this motion" Since 07/07/07 Plaintiff has been attemping obtainment of " documentation which shows reasons other than discrimination for which Big Lots Store Manager Mr. Ray Falglenhaven terminated Plaintiff's employment, ( yes, all of this in request for a simply pink slip.) from both Defendants.

Defendants also mentioned merits and technical violations. Plaintiff merits in this action are demand for an " Answer " from Defendants concerning Plaintiff Civil Action as herein stated and litigated, which are element enought to qualify Pllaintff's right to the relief sought in said Complaint. 271 US 228.

Plaintiff will also state that She is entitled to Judgement on these same said Merits, as grounds for this said Action.

Defendants mentioned technical violations, as a cause for complete dismissal of this Civil Complaint with reference to 5 U.S.C. §552. If that be so, then Plaintiff's claim should be dismissed sua sponte without prejudice for failing to state a claim upon which refief can be granted pursuant to 28 U.S.C. §1915(e)(2). King v Atiyeh, 814 F2d 565, 567 (9th Cir. 1987). McHenry v Renne, 84 F3d 1172 1179 (9th Cir 1996) A dismissal without prejudice is certain under Federal Rules of Civil Procedure 41(a). First Amended Complaint attached as exhibit A.

This Court has " stront policy " in favor of deciding this particular action on the " merits " rather than on any " technical violations ". See Rogers v Harford Life & Accident Ins. Co.s 167 F3d 933, 936 (5th Cir. 1999).

Finally, Plaintiff agrees with the Defendants on Johnson v Dayton Elec. Mfg. Co., 140 F3d 781, 785 (8th Cir. 1998) in that "... prejudice may not be found from delay alone or from fact that defaulting party will be permitted to defend on " merits".

Dated: 04/21/08

Michelle Yvette Williams

Plaintiff, in pro se
Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

EXHIBIT (A)

Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 29105
(619) 993-7811

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Yvette Williams<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>Plaintiff, in pro se<br><br>-vs-<br><br>Main Office Big Lots<br>300 Phillipi Rd.<br>Columbus, OH. 43228-0512<br><br>and<br><br>Sedona Staffing<br>7380 Clairemont Mesa Bl.<br>Suite 209<br>San Diego, Ca. 92111<br><br>Defendant(s) et.,al. | Case No: 07-CV-2191 JLS (BLM)<br><br>Judge: Honorable Sammartino<br><br>Hearing Type: First Amended Complaint<br><br>Date: April 25, 2008<br><br>Time: 10:30 a.m.<br><br>Court Room: 6<br><br>Complaint Filed: 12/16/07<br><br>FIRST AMENDED COMPLAINT UNDER 42 U.S.C.A. §1983, AND 29 U.S.C. §101(4). |

Plaintiff alleges:

That, Defendant(s) are "private corporations " and state a cause of action under said Statutes and Nance v E.P.A., C.A. 9 (1981). 645 F2d 701 certiorari denied 102 S. Ct 635,...

454 U.S. 1081, 70 L Ed 2d 615, respectfully.

Plaintiff alleges unlawful termination of employment by Defendant(s) and Plaintiff alleges that defendant(s) have unlawfully withheld any such documents, and Plaintiff alleges that Defendant(s) termination of employment is Discriminatory.

Said documents were never provided despite continuous and an extensive history dating from 07/07/07, until even this Amended Complaint.

Plaintiff also cites U.S.C.A. Const. Art. 1 for a constitutional right to said documents and finally, 29 U.S.C. §101(4) for consideration of Henderson v Sarle, N.Y. Sup. 1960. 197 N.Y.S. 2d 916, 23 Misc. 2d 334, where union members sought inspection of books and records, however, was Federal question.

And that chapter did not preclude injunctive relief for racial discrimination for whom Civil Rights Act seeks to protect and assist. (N.L.R.A.)

Finally, Plaintiff alleges that because Defendant(s) cannot and refuse to attempt a lawful request for said documents that defendant(s) did and are demonstrating Racial Discrimination. Plaintiff states that this is in violation of 42 U.S.C.A. §1983.

RELIEF REQUESTED

WHEREFORE, Plaintiff Prays that the Court:

A; Order Defendant(s) to disclose the requested records IN THEIR ENTIRETIES AND MAKE COPIES AVAILABLE TO Plaintiff.

B: Provide for expeditious proceeding in this action.

C: Award Plaintiff Her costs and reasonable Attorney fees incurred in this action.

D: Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Michelle Yvette Williams

Plaintiff in pro se
Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

4-21-08
date

EXHIBIT (B)

04/04/08

TO: State of California Attorney General
Mr. Edmund G. Brown Jr.
Att: Public Inquiry Unit
P.O. Box 944255
Sacramento, CA. 94244-2550

From: Ms. Michelle Yvette Williams
2985 Euclid Ave. #22
San Diego, CA. 92105

Subject: Mr. Richard Williams, of San Diego's E.E.O.C., #488-2007-00595, case of denial of copies of information used to base E.E.O.C.'s dicision of dismissal. (" 5 U.S.C. §552., F.O.I.A. ")

Dear Attorney General:

On March 26, 2008, Mr. Richard Williams called about 14:50 and informed me that He had received some information from the State of Texas and based of said information that He was forthwith dismissing Ms. Michelle Williams"s complaint of discrimination.

When I protested that decision over the phone, and demanded copies of the information in which He used to support His decision to dismis my case, Mr. Richard Williams states over the phone that He would not be giving me copies of that information.

Mr. Attorney General I am sending Mr. Richard Williams a true copy of this letter with a reminded of case no. 07-CV-2191, in the United States District Court for the Southern District of California, in an attempt that you might help Mr. Richard Williams chane his mind about supplying said information to Ms. Michelle Williams.

Michelle Yvette Williams

(EY-W-ZIZ6)

EXHIBIT (C)

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Ms. Michelle Williams**
**2985 Euclid Ave., #22**
**San Diego, CA 92105**

From: **San Diego Local Office**
**401 B Street**
**Suite 510**
**San Diego, CA 92101**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **488-2007-00595** | **Richard L. Williams, Investigator** | **(619) 557-7280** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

**Raul G. Green,**
**Acting Director**

4/18/2008
*(Date Mailed)*

Enclosures(s)

cc: **Mr. Mike Schlonsky**
**Coporate Counsel**
**BIG LOTS**
**300 Phillipi Rd.**
**Columbus, OH 43228**

EXHIBIT C

EXHIBIT D

Sedona Staffing

7380 Clairemont Mesa Blvd, Suite 209 • San Diego, California 92111 • Phone 858-268-9844 • FAX 858-268-9880
e-mail: info@sedonastaffing.com • www.sedonastaffing.com

1/24/2008

Claimant: Michelle Williams
Respondant: Sedona Staffing
EEOC #: 488-2007-00548
CASE 3:07-cv-02191-JLS-BLM

Dear Ms. Williams,

Today at 1:00pm, Sedona Staffing received a "Request to Clerk for Entry of Default".

This "Request to Clerk for Entry of Default" states that Sedona Staffing has failed to "plead, answer or otherwise defend in the cause" of your discrimination claim, however a response to your claim and summons dated 11/26/07 was mailed to you on 12/5/07 and received by you on 12/7/07 per USPS certified delivery (see enclosed copies of USPS Certified Delivery confirmation and USPS Return Receipt).

Sedona Staffing denies default in this case. Again, our response to your claim was mailed on 12/5/07 and received by you on 12/7/07 per USPS delivery.

Please advise on further actions Sedona Staffing should take to ensure you have received our response to your claim.

Respectfully submitted,

Rita Sanford

Rita Sanford
Human Resources
Sedona Staffing
858-268-9844 x211

Cc: US Clerk District Court

Sedona Staffing

2701 E. Camelback Road, #102 • Phoenix, AZ 85016 • Phone 602-778-0611 • FAX 602-955-0851
e-mail: sandiegotelestaf@aol.com • www.sedonastaffing.com

COPY

Mailed 12.5.07 Cert: Return Rcpt

12/5/07

Response to Complaint of Discrimination
Claimant: Michelle Williams
Respondant: Sedona Staffing
EEOC #: 488-2007-00548
CASE 3:07-cv-02191-JLS-BLM

Sedona Staffing denies discrimination against Michelle Williams based the claimant's race, religion, national origin or any other factors. In addition, Sedona Staffing denies any violation of Title VII of the Civil Rights Act of 1964.

Michelle Williams enrolled with Sedona Staffing on 6/8/07. After filling out an application Ms. Williams met with Andrea Laird, Sedona Staffing Recruiter. The two discussed Ms. Williams's employment goals. After discussion, Ms. Laird offered Ms. Williams an opportunity for a call center position at Business to Business (B2B). Ms. Williams accepted the opportunity at B2B and began the application process for the position which included several computer tests and leaving a voicemail message for B2B.

B2B solely decides who they hire. Sedona Staffing has no role in B2B's hiring decisions therefore we cannot provide the criterion/standard on which Michelle Williams was considered. Sedona's role is to test and screen candidates as requested by B2B and submit the results for B2B's review.

Please contact me should you have any questions or require additional information.

Sincerely,

Rita Sanford
Human Resources
Sedona Staffing
858-268-9844 x211

COPY

7006 2150 0002 9141 5652

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle W. #22
2985 Euclid
SD CA 92105

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SAN DIEGO CA CITY HEIGHTS STA
DEC 7 2007
USPS

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 2150 0002 9141 5652

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COPY

UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0002 9141 5652**
Status: **Delivered**

Your item was delivered at 2:32 PM on December 7, 2007 in SAN DIEGO, CA 92105.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm
Enter Label/Receipt Number.

Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

PROOF OF SERVICE BY UNITED STATES MAIL

1. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.

2. I AM A RESIDENT OF SAN DIEGO, CALIFORNIA, COUNTY OF SAN DIEGO.

3. ON 05/01/08 I MAILED FROM THE UNITED STATES POST OFFICE LOCATED IN SAN DIEGO, CALIFORNIA, AT FRONT STREET, DOWNTOWN SAN DIEGO, CALIFORNIA, A COPY OF THE FOLLOWING DOCUMENTS :

NOTICE OF REQUEST, REQUEST FOR JUDGMENT ON MERITS AND, MEMORANDUM OF POINTS AND AUTHORITIES.

4. THE DOCUMENTS THAT ARE LISTED ARE ATTACHED TO THIS PROOF OF SERVICE, ADDRESSED TO:

MAIN OFFICE BIG LOTS
300 PHILLIPI RD.
COLUMBUS, OH. 43228-0512

AND

SEDONA STAFFING
7380 CLAIREMONT MESA BL.
SUITE 209
SAN DIEG, CA. 92111

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: MAY 1, 2008

SIGN [signature]

KAMAL U. E. BATTLE EL
2985 EUCLID AVE #22
SAN DIEGO, CA 92105
(619) 993-7811

PROOF OF SERVICE BY UNITED STATES MAIL

1. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.

2. I AM A RESIDENT OF SAN DIEGO, CALIFORNIA, COUNTY OF SAN DIEGO.

3. ON 05/01/08 I MAILED FROM THE UNITED STATES POST OFFICE LOCATED IN SAN DIEGO, CALIFORNIA, AT FRONT STREET, DOWNTOWN SAN DIEGO, CALIFORNIA, A COPY OF THE FOLLOWING DOCUMENTS :

NOTICE OF REQUEST, REQUEST FOR JUDGMENT ON MERITS AND, MEMORANDUM OF POINTS AND AUTHORITIES.

4. THE DOCUMENTS THAT ARE LISTED ARE ATTACHED TO THIS PROOF OF SERVICE, ADDRESSED TO:

MAIN OFFICE BIG LOTS
300 PHILLIPI RD.
COLUMBUS, OH. 43228-0512

AND

SEDONA STAFFING
7380 CLAIREMONT MESA BL.
SUITE 209
SAN DIEG, CA. 92111

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: May 1, 2008

SIGN [signature]

KARAL U. E. BATTLE EL
2985 EUCLID AVE #22
SAN DIEGO, CA 92105
(619) 993-7811