Chandra Moore (Bar No. 202806)
HAIGHT BROWN & BONESTEEL LLP
550 West C Street, Suite 1760
San Diego, California 92101
Telephone: 619.595.5583
Facsimile: 619.595.7873

Attorneys for Defendant PNS STORES, INC., a California corporation, erroneously sued as MAIN OFFICE BIG LOTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVETTE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MAIN OFFICE BIG LOTS and SEDONA STAFFING,<br><br>Defendants. | Case No. 07-CV-2191 JLS (BLM)<br><br>[Assigned to Judge Hon. Janis L. Sammartino/Courtroom 6]<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Complaint Filed: November 16, 2007 |

TO THE CLERK, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective April 28, 2008, Haight Brown & Bonesteel LLP, attorneys of record for Cross-Defendant Campbell Concrete, Inc., has relocated its San Diego office. All pleadings and correspondence should be sent to:

Chandra Moore, Esq.
HAIGHT, BROWN & BONESTEEL, L.L.P.
550 West "C" Street, Suite 1760
San Diego, California 92101

Telephone: (619) 595-5583
Facsimile: (619) 595-7873

/ / /

/ / /

Please update your Proof of Service lists accordingly.

Dated: May 8, 2008

HAIGHT BROWN & BONESTEEL LLP

By: Chandra Moore

Chandra Moore
Attorneys for Defendant
PNS STORES, INC., a California corporation, erroneously sued as MAIN OFFICE BIG LOTS

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF SAN DIEGO )

*MICHELLE YVETTE WILLIAMS v. MAIN OFFICE BIG LOTS and SEDONA STAFFING*
*07-CV-2191 JLS (BLM)*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 1760, San Diego, California 92101.

On May 8, 2008, I served the within document(s) described as:

NOTICE OF CHANGE OF ADDRESS

on the interested parties in this action as stated below:

Michelle Yvette Williams
2985 Euclid Avenue #22
San Diego, CA 92105

Sedona Staffing
7380 Clairemont Mesa Boulevard, Ste. 209
San Diego, CA 92111

☑ (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above and causing such envelope(s) to be deposited in the U.S. Mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

Executed on May 8, 2008, at San Diego, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Tara Schwartz
(Type or print name)

[signature]
(Signature)