Douglas A. Pettit, Esq.; SBN 160371
Tyler A. Theobald, Esq.; SBN 254215
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, California 92130
Phone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
ttheobald@pettitkohn.com

Attorneys for Defendant
**SEDONA STAFFING**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MICHELLE YVETTE WILLIAMS,

Plaintiff,

v.

MAIN OFFICE BIG LOTS, SEDONA STAFFING,

Defendants.

CASE NO.: 07-CV-2191 JLS (BLM)

**DEFENDANT SEDONA STAFFING'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**Date:** **July 10, 2008**
**Time:** **1:30 p.m.**
**Courtroom:** **6**

District Judge: Hon. Janis L. Sammartino
Magistrate Judge: Hon. Barbara Lynn Major
Complaint Filed: November 16, 2007
Trial Date: TBD

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on July 10, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled District Court, located at San Diego, California, the Honorable Janis L. Sammartino presiding, Defendant Sedona Staffing ("Defendant") will move this Court for an order dismissing Plaintiff's Complaint.

Defendant's motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, and any evidence or argument presented at the hearing on this motion.

///

Please be advised that Defendant is concurrently filing a Motion to Set Aside the Entry of Default.

Respectfully submitted,

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: May 28, 2008

By: ______________________________
Douglas A. Pettit, Esq.
Tyler A. Theobald, Esq.
Attorneys for Defendant
**SEDONA STAFFING**

Douglas A. Pettit, Esq.; SBN 160371
Tyler A. Theobald, Esq.; SBN 254215
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, California 92130
Phone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
ttheobald@pettitkohn.com

Attorneys for Defendant
**SEDONA STAFFING**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE YVETTE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MAIN OFFICE BIG LOTS, SEDONA STAFFING,<br><br>Defendants. | CASE NO.: 07-CV-2191 JLS (BLM)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SEDONA STAFFING'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Date: July 10, 2008**<br>**Time: 1:30 p.m.**<br>**Courtroom: 6**<br><br>District Judge: Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Barbara Lynn Major<br>Complaint Filed: November 16, 2007<br>Trial Date: TBD |

# I.

# INTRODUCTION

Plaintiff filed a Complaint for relief under the Freedom of Information Act ("FOIA") against Defendant Sedona Staffing ("Defendant") on November 16, 2007. Plaintiff's one cause of action Complaint seeks to enforce the provisions of the FOIA against Defendant, a privately owned company not affiliated with any governmental agency. Plaintiff's Complaint is defective as a matter of law for failing to state a cause of action for which this Court can grant relief.

///

Along with this Motion to Dismiss, Defendant has filed a Motion to Vacate Entry of Default, asserting good cause to vacate the entry of default and a meritorious defense to Plaintiff's Complaint. Therefore, Defendant respectfully requests that upon the Court's order granting the Motion to Vacate Entry of Default, that the Court grant Defendant's Motion to Dismiss.

## II.

## ARGUMENT

### A. The Court Can Properly Dismiss Plaintiff's Complaint Because it Neither Creates nor Supports a Cause of Action for Relief Under the Freedom of Information Act

Plaintiff's Complaint fails as a matter of law and cannot be amended to allege a viable cause of action because Defendant is a private company and thus is not subject to claims brought under the Freedom of Information Act ("FOIA"). "A claim should be dismissed only if it appears beyond doubt that the plaintiff can establish no set of facts under which relief could be granted." Platt Elec. Supply, Inc. v. EOFF Elec., Inc., 522 F.3d 1049 (9th Cir. 2008).

The FIA applies to governmental agencies, **not** to private companies. 5 U.S.C. §§ 552(a)(1), (f)(1); see also Renegotiation Bd. v. Bannercraft Clothing Co., 415 US 1, 18 (1974) (the FOIA gave the federal courts explicit jurisdiction to force a government agency to produce its records.); see also Wisconsin Project v. United States, 317 F.3d 275, 279 (D.C. Cir. 2003) ("The purpose of the Freedom of Information Act is 'to pierce the veil of administrative secrecy and open agency action to the light of public scrutiny.'") The FOIA states in pertinent part:

> (f) For purposes of this section, the term--
> (1) "agency" as defined in section 551(1) of this title [5 USCS § 551(1)] includes any executive department, military department, Government corporation, Government controlled corporation, or other establishment in the executive branch of the Government (including the Executive Office of the President), or any independent regulatory agency; and
> (2) "record" and any other term used in this section in reference to information includes--

> (A) any information that would be an agency record subject to the requirements of this section when maintained by an agency in any format, including an electronic format; and
> (B) any information described under subparagraph (A) that is maintained for an agency by an entity under Government contract, for the purposes of records management.

Defendant is a private company, not a governmental agency, and therefore cannot be sued for violations of the FOIA. Thus, Plaintiff's complaint fails as a matter of law and Defendant respectfully requests that this Court grant its Motion to Dismiss Plaintiff's Complaint in its entirety without leave to amend.

## III.

## CONCLUSION

Pursuant to the arguments presented above, Defendant respectfully requests that upon vacating the entry of default against Defendant, that the Court dismiss Plaintiff's Complaint in its entirety, without leave to amend.

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: May 28, 2008

By: ______________________________
Douglas A. Pettit, Esq.
Tyler A. Theobald, Esq.
Attorneys for Defendant
**SEDONA STAFFING**

Douglas A. Pettit, Esq.; SBN 160371
Tyler A. Theobald, Esq.; SBN 254215
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, California 92130
Phone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
ttheobald@pettitkohn.com

Attorneys for Defendant
**SEDONA STAFFING**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE YVETTE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MAIN OFFICE BIG LOTS, SEDONA STAFFING,<br><br>Defendants. | CASE NO.: 07-CV-2191 JLS (BLM)<br><br>**CERTIFICATE OF SERVICE**<br><br>District Judge: Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Barbara L. Major<br>Complaint Filed: November 16, 2007<br>Trial Date: TBD |

- DEFENDANT SEDONA STAFFING'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT
- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SEDONA STAFFING'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I hereby certify that a copy of the foregoing motion was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Michelle Yvette Williams
2985 Euclid Avenue, #22
San Diego, CA 92105
(619) 993-7811

executed in San Diego, California this 28th day of May 2008.

Shira Mendelsohn
SHIRA MENDELSOHN