FILED

2008 AUG 18 PM 3:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY VNH DEPUTY

Michelle Yvette Williams
5826 Streamview Dr. Apt. 143
San Diego, CA 92105
619 209-9757

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michelle Yvette Williams<br>5826 Streamview Dr. Apt. 143<br>San Diego, CA. 92105<br><br>Plaintiff in pro se<br><br>-vs-<br><br>Main Office Big Lots and<br>Sedona Staffing.<br><br>Defendant(s), et., al. | Case No: 07-CV-2191 JLS (BLM)<br><br>Judge: Hon. Janis L. Sammartino<br><br>File Date: 11/16/07<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTECE: that effective 08/13/08, Plaintiff in pro se, has relocated the apartment addresss.

All pleadings and correspondence should be sent to:

5826 Streamview Dr. Apt. 143
San Diego, CA. 92105

Please update your Proof of Service list accordingly.

Dated : 08/13/08

Respectfully submitted,

Michelle Yvette Williams
Plaintiff in pro se
Michelle Yvette Williams
5826 Streamview Dr. Apt. 143
San Diego, CA. 92105

# CERTIFICATE OF SERVICE

1. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.

2. I AM A RESIDENT OF SAN DIEGO, CALIFORNIA, COUNTY OF SAN DIEGO.

3. ON 08/18/08 I MAILED FROM A REGULAR UNITED STATES POST OFFICE MAIL BOX , WITH POSTAGE THEREON FULLY PREPAID, UPON THE FOLLOWING DOCUMENTS:

(A) NOTICE OF CHANGE OF ADDRESS

THE DOCUMENTS THAT ARE LISTED ARE ATTACHED TO THIS CERTIFICATE OF SERVICE AND ADDRESSED TO:

ATTORNEYS FOR SEDONAL ATAFFING
DOUGLAS A. PETTIT
TYLER A. THEOBALK
PETTIT KOHN INGRASSIA &
LUTZ PC
11622 EL CAMINO REAL, SUITE 300
SAN DIEG. CA. 92103

&

CHANDRA MOORE
HAIGHT BROWN & BONESTEEL LLP
550 WEST C STREET, SUITE 1760
SAN DIEGOM CA. 92101

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGN [signature]

PRINT Sarah Lhosani Efia Battle-El

ADDRESS 5826 STREAMVIEW DR. APT. 143
SAN DIEGO, CA 92105

PHONE 619 993-7811

WORK ———

DATE 08/18/08